UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-80964-CV-MIDDLEBROOKS

ROBERT KOUVERAS, KAREN ALLEN,
and KAREN WEBSTER, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

PLATINUM CHOICE HEALTH
CARE, LLC,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on November 14, 2023. (DE 17). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 16 day of November, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record